UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INS. CO.,<br><br>                Plaintiff,<br>v.<br><br>BENCHMARK INS. CO.,<br><br>                Defendant.<br><br>and related cross-claims | Case No.: 23-cv-97-DMS-DEB<br><br>**ORDER DISMISSING CASE** |

    Pending before the Court is the parties' joint stipulation to dismiss this case with prejudice. The Court, having considered the joint stipulation and good cause showing, hereby orders that this matter is **DISMISSED** with prejudice.

    **IT IS SO ORDERED.**

Dated: October 29, 2024

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court